# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DOUGLAS PLAISANCE

NO. 2021 CW 1017

VERSUS

AIG PROPERTY CASUALTY COMPANY, AND TOBY BRADY

**NOVEMBER 5, 2021**

---

In Re:   AIG Property Casualty Company and Toby Brady, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 140711.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**AHP**
**CHH**

**Whipple, C.J.,** dissents and would issue a briefing schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT